## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **CRIMINAL COMPLAINT** |
| v. | : | |
| | : | Mag. No. 23-11214 |
| HENRY MILTON, | : | |
| a/k/a "Little Richard Carr," | | |
| a/k/a "Jason Holmes" | : | **FILED UNDER SEAL** |

I, Special Agent Adam Storms, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

### SEE ATTACHMENT B

Continued on the attached page and made a part hereof.

_____
Adam Storms, Special Agent
Federal Bureau of Investigation

Special Agent Adam Storms attested to this Complaint by telephone pursuant to Fed. R. Crim. Pro. 4.1(b)(2)(A) on November 17, 2023, in the District of New Jersey

_____
HONORABLE ANDRÉ M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE

1

## ATTACHMENT A

### COUNT ONE
### (Distribution and Possession with Intent to Distribute Fentanyl)

On or about October 27, 2022, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**HENRY MILTON,**
**a/k/a "Little Richard Carr,"**
**a/k/a "Jason Holmes,"**

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

2

## COUNT TWO
### (Possession of Firearms and Ammunition by a Convicted Felon)

On or about April 27, 2021, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**HENRY MILTON,**
**a/k/a "Little Richard Carr,"**
**a/k/a "Jason Holmes,"**

knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce firearms and ammunition, namely, a SCCY Industries, Model CPX-1, 9mm Luger handgun, bearing serial number 8C17521, loaded with twelve (12) rounds of 9mm ammunition, and a SKYY Industries, Model CPX-1, 9mm Luger handgun, bearing serial number 001441, loaded with twelve (12) rounds of 9mm ammunition

In violation of Title 18, United States Code, Sections 922(g)(1).

3

## COUNT THREE
### (Possession of a Firearm and Ammunition by a Convicted Felon)

On or about June 25, 2021, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**HENRY MILTON,**
**a/k/a "Little Richard Carr,"**
**a/k/a "Jason Holmes,"**

knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, namely, a Taurus Armas 9mm Luger handgun, bearing serial number ACC658661, loaded with twelve (12) rounds of 9mm ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1).

4

## COUNT FOUR
### (Possession of Firearms and Ammunition by a Convicted Felon)

On or about October 27, 2022, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**HENRY MILTON,**
**a/k/a "Little Richard Carr,"**
**a/k/a "Jason Holmes,"**

knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce firearms and ammunition, namely, a SCCY 9mm handgun bearing serial number 067887, loaded with twelve (12) rounds of 9mm ammunition, and a Kel-Tec 9mm, SUB 2000 rifle, bearing serial number FGGX14, loaded with twelve (12) rounds of 9mm ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT FIVE
### (Possession of Firearms and Ammunition by a Convicted Felon)

On or about December 7, 2022, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**HENRY MILTON,**
**a/k/a "Little Richard Carr,"**
**a/k/a "Jason Holmes,"**

knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce firearms and ammunition, namely, a Kahr Arms CT .380 caliber handgun, bearing serial number CAA1284, loaded with three (3) rounds of .380 ammunition, and a Smith & Wesson, model 32 Hand Ejector, bearing serial number 355019.

In violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT SIX
### (Dealing Firearms without a License)

Between in or around the month of April 2021 and in or around the month of December 2022, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**HENRY MILTON,**
**a/k/a "Little Richard Carr,"**
**a/k/a "Jason Holmes,"**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, or in the course of such business, did transport a firearm in interstate commerce.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

7

**ATTACHMENT B**

I, Adam Storms, am a Special Agent with the Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and other items of evidence. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where statements of others are related herein, they are related in substance and part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Since in or around April 2018, law enforcement has been investigating a drug trafficking organization ("DTO") which is operating in Paterson, New Jersey, in the District of New Jersey and elsewhere. Based on the ongoing investigation, law enforcement determined that HENRY MILTON a/k/a "Little Richard Car", a/k/a "Jason Holmes" ("MILTON") is a member of the DTO who distributes controlled substances. Law enforcement also determined that MILTON possesses and distributes firearms and ammunition.

2. As part of its investigation, law enforcement introduced confidential sources (collectively the "CSs") who agreed to conduct controlled purchases of heroin, firearms, and ammunition from MILTON.

3. During the investigation, and on behalf of law enforcement, the CSs conducted four controlled purchases of firearms and ammunition from MILTON and one controlled purchase of fentanyl (the "Controlled Purchases"). The Controlled Purchases were audio and video recorded. Prior to each Controlled Purchase, law enforcement officers outfitted the CS in each transaction with an audio-video recording device, provided the CS with United States currency with which to purchase the firearms, ammunition, and controlled substances from MILTON, and ensured that the CS did not have any unauthorized contraband or currency. The Controlled Purchases are described herein.

4. During the week of April 27, 2021, a CS engaged in a conversation with MILTON to arrange a purchase of firearms. Under the direction and control of law enforcement, the CS met with MILTON at a predetermined location in Paterson, New Jersey, and provided him with $1,700 in cash in exchange for two firearms, specifically, a SCCY Industries, Model CPX-1, 9mm Luger handgun, bearing serial number 8C17521, loaded with twelve (12) rounds of 9mm ammunition, and a SKYY Industries, Model CPX-1, 9mm Luger handgun,

bearing serial number 001441, loaded with twelve (12) rounds of 9mm ammunition (the "April 2021 Transaction").

5.      During the week of June 25, 2021, a CS engaged in a conversation with MILTON to arrange a purchase a firearm and ammunition. Under the direction and control of law enforcement, the CS met with MILTON at a predetermined location in Paterson, New Jersey, and provided him with $1,000 in cash in exchange for a firearm, specifically, a Taurus Armas 9mm Luger handgun, bearing serial number ACC658661, loaded with twelve (12) rounds of 9mm ammunition (the "June 2021 Transaction").

6.      During the week of October 27, 2022, a CS engaged in a conversation with MILTON to arrange the purchase of firearms and heroin. Under the direction and control of law enforcement, the CS met with MILTON at a predetermined location in Paterson, New Jersey, and provided him with $2,300 in cash in exchange suspected heroin and two firearms, namely, a SCCY 9mm handgun bearing serial number 067887, loaded with twelve (12) rounds of 9mm ammunition, and a Kel-Tec 9mm, SUB 2000 rifle, bearing serial number FGGX14, loaded with twelve (12) rounds of 9mm ammunition (the "October 2022 Transaction"). Laboratory analysis later confirmed that the suspected heroin purchased from MILTON was approximately 67 grams of fentanyl.

7.      During the week of December 7, 2022, a CS engaged in a conversation with MILTON to arrange a purchase of firearms. Under the direction and control of law enforcement, the CS met with MILTON at a predetermined location in Paterson, New Jersey, and provided him with $650 in cash in exchange for two firearms, namely, a Kahr Arms CT .380 caliber handgun, bearing serial number CAA1284, loaded with three (3) rounds of .380 ammunition, and a Smith & Wesson, model 32 Hand Ejector, bearing serial number 355019 (the "December 2022 Transaction).

8.      The firearms and ammunition purchased from MILTON during the April 2021 Transaction, June 2021 Transaction, October 2022 Transaction and December 2022 Transaction (collectively, the "Firearms and Ammunition"), were all manufactured outside of the State of New Jersey, and thus moved in and affected interstate commerce prior to April 27, 2021.

9.      Prior to his possession of the Firearms and Ammunition, MILTON was previously convicted of at least one felony offense.   For example, on or about December 20, 2021, MILTON was convicted in the Superior Court of New Jersey, Passaic County of multiple controlled substance related offenses including possession of a controlled dangerous substance, in violation of N.J.S.A. 2C:35-10A(1), possession with intent to distribute a controlled dangerous substance,

in violation of N.J.S.A. 2C:35-5B(3), possession of a controlled dangerous substance with intent to distribute within a school zone, in violation of N.J.S.A. 2C:35-7, and possession of a controlled dangerous substance with intent to distribute within 500 feet of certain public property, in violation of N.J.S.A. 2C:35-7.1A, which are all crimes punishable by a term of imprisonment exceeding one year and for which MILTON was sentenced to a term of six (6) years' imprisonment.

10